# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| STATE EMPLOYEES' RETIREMENT SYSTEM | : | No. 344 MAL 2015 |
| | : | |
| | : | |
| v. | : | Cross Petition for Allowance of Appeal from the **Published Opinion and Order** of the Commonwealth Court at Nos. 207 CD 2014 and 293 CD 2014, at 113 A.3d 9 (Pa. Cmwlth. 2015) entered on March 20, 2015, **affirming, reversing and remanding** the Order Dated of the Office of Open Records at No. AP 2013-1830 entered on January 31, 2014 |
| PENNSYLVANIANS FOR UNION REFORM | : | |
| | : | |
| | : | |
| CROSS PETITION OF: PENNSYLVANIA STATE EDUCATION ASSOCIATION, | : | |
| Intervenor | : | |

## ORDER

**PER CURIAM**                                   **DECIDED: JANUARY 17, 2017**

**AND NOW**, this 17th day of January, 2017, the Petition for Allowance of Appeal is **GRANTED**, the order of the Commonwealth Court is **VACATED**, and the matter is **REMANDED** for proceedings consistent with *Pennsylvania State Education Ass'n v. Dep't of Community and Economic Development*, 148 A.3d 142 (Pa. 2016).